IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      *Plaintiff/Appellee*, )<br>)<br>v. )<br>)<br>DAI'QUAN JARRVEL LANE, )<br>      *Defendant/Appellant.* ) | Case No. 24-4083 |

UNOPPOSED MOTION TO HOLD CASE IN ABEYANCE

Counsel for the appellant, Dai'Quan Lane, move this Court, pursuant to Fourth Circuit Local Rule 12(d), to rescind the current briefing order (Doc. 9, filed Apr. 2, 2024), and to hold this appeal in abeyance pending the resolution of *United States v. Canada*, No. 22-4519. In support thereof, counsel state as follows:

1.  Mr. Lane was charged with one count of possessing ammunition after a previous felony conviction, in violation of 18 U.S.C. § 922(g)(1), and one count of possession of a machinegun, in violation of 18 U.S.C. § 922(o). Dist. Ct. Doc. 14 (indictment). He filed a motion to dismiss the indictment on the basis that his prosecution was barred by the Second Amendment of the U.S. Constitution, in light of the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). Dist. Ct. Doc. 21. The district court denied the motion in a written opinion. Dist. Ct. Docs. 38, 39. Mr. Lane later entered into a plea

agreement containing a condition preserving his right to appeal the denial of his motion to dismiss. Dist. Ct. Doc. 43.

2. The district court subsequently sentenced Mr. Lane to serve a 24-month prison term. Dist. Ct. Doc. 54 (judgment).

3. In this appeal, Mr. Lane intends to renew his challenge to his prosecution on Second Amendment grounds by appealing the denial of his motion to dismiss the indictment. *See* Docketing Statement, Doc. 5, at 2. That same underlying constitutional issue is currently pending before the Court in *Canada*, which was orally argued on December 5, 2023. Mr. Lane noted *Canada* as a pending case raising a similar issue in the Docketing Statement. *Id.*

4. To counsel's knowledge, this Court has already placed into abeyance a number of other cases raising the same issue that will be decided in *Canada*. *See, e.g.*, *United States v. Malone*, No. 23-4678 (Doc. 12, Jan. 11, 2024); *United States v. Finney*, No. 23-4599 (Doc. 17, Dec. 27, 2023); *United States v. Shade*, No. 22-4384 (Doc. 36, May 24, 2023).

5. The interests of efficiency and docket control would be served by rescinding the current briefing schedule and placing this appeal into abeyance for the decision in *Canada*. The decision in *Canada* will likely be dispositive for the

outcome of Mr. Lane's appeal, and holding this case in abeyance will prevent duplicative and unnecessary briefing.

6.  In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed counsel for the government of the intended filing of this motion. The government has no objection.

Therefore, counsel request that the Court place this appeal into abeyance.

> Respectfully submitted,
>
> GEREMY C. KAMENS
> Federal Public Defender
> for the Eastern District of Virginia
>
> \_\_\_s/ Patrick L. Bryant\_\_\_
> Patrick L. Bryant
> Laura J. Koenig
> Assistant Federal Public Defenders
> Counsel for Appellant
> 1650 King Street, Suite 500
> Alexandria, VA 22314
> (703) 600-0800
> Patrick_Bryant@fd.org
> Laura_Koenig@fd.org

April 18, 2024

## **CERTIFICATE OF COMPLIANCE**

1. This Motion has been prepared using WordPerfect X6 software, Times New Roman font, 14-point proportional type size.

2. The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 444 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

|    April 18, 2024    |    s/ Patrick L. Bryant |
|:---:|:---|
| Date | Patrick L. Bryant |
|  | Assistant Federal Public Defender |