IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     *Plaintiff/Appellee*, ) | |
| ) | |
| v. ) | Case No. 24-4083 |
| ) | |
| DAI'QUAN LANE, ) | |
|     *Defendant/Appellant.* ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE OPENING BRIEF AND JOINT APPENDIX

COMES NOW counsel for the appellant, Dai'Quan Lane, and moves this Court, pursuant to Fed. R. App. P. 26(b), for a three-week extension of time in which to file the appellant's opening brief and joint appendix. The government does not oppose this request. In support thereof, counsel states as follows:

1. The opening brief and joint appendix are currently scheduled to be filed on July 30, 2024. *See* Doc. 14 (briefing order filed June 25, 2024). Counsel has not previously requested an extension of this deadline. If this request is granted, the brief and appendix would be due on August 20.

2. The appellate attorney assigned to this case, Salvatore M. Mancina, did not represent Mr. Lane in the district court, and thus must become familiar with the entire record to make sure that no non-frivolous issues are overlooked, and then communicate about that review with Mr. Lane and co-counsel.

3. The main issue in this appeal is a Second Amendment challenge to Mr. Lane's conviction. The Supreme Court's June 21 decision in *United States v. Rahimi*, U.S. No. 22-915, has changed counsel's approach to that issue, and requires the development of new arguments that may present issues of first impression for this Court. Mr. Mancina has also spent time helping his office organize over thirty appeals raising Second Amendment issues—over a dozen of which have pending briefing orders. This case is one of ten cases that was restarted after the decision in *Rahimi* with a briefing deadline on July 30. Mr. Mancina has been assigned to work on five cases with briefing deadlines on July 30, including this one: *United States v. Greene*, No. 24-4140; *United States v. Thornton*, No. 24-4082; *United States v. Coles*, No. 24-4188; *United States v. Lane*, No. 24-4083, *United States v. Coleman*, No. 24-4168. In addition, Mr. Mancina has two additional cases raising the same Second Amendment issue with briefing deadlines in August: *United States v. Hill*, No. 24-4194 and *United States v. Marrow*, No. 24-4191. Mr. Mancina will be seeking extensions in these other cases, but these cases necessarily require substantial work up front, including communication with clients, review of records, and assembly of the joint appendix.

4. Since the time the briefing order has been entered, Mr. Mancina filed the opening brief in *United States v. Reza*, No. 24-4145 on July 22, 2024. The drafting process for that brief required more time than normal because Mr. Mancina

2

is new to the Federal Public Defender's office. In addition to spending time training and onboarding, Mr. Mancina built in additional time during the drafting process to seek feedback from his more experienced appellate colleagues. Mr. Mancina has also been assigned to a January 6th appeal in the D.C. Circuit, *United States v. Easterday*, No. 24-3053. The briefing deadline in that case is not until September 19, but that case has a lengthy record because there was a four-day jury trial and significant pre-trial litigation. Mr. Mancina was not involved with the trial or litigation in the district court, so he has already spent considerable time reviewing the record to ensure that no non-frivolous issues have been missed. Finally, Mr. Mancina was out of the office from July 10 through July 12 for a pre-planned trip, which delayed his work on the brief in this case.

5. In light of counsel's other deadlines and obligations, as well as the need to fully review the record in this case and to consult with the appellant and co-counsel, an extension of time is necessary in order to complete the brief and to provide effective assistance of counsel to Mr. Lane on appeal.

6. In accordance with Fourth Circuit Local Rule 27(a), counsel has informed counsel for the United States of the intended filing of this motion. The government has no objection to the requested extension.

For the foregoing reasons, counsel requests an extension of three weeks, from July 30 to August 20, 2024, in which to file the opening brief and joint appendix in this case.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

   s/ Salvatore M. Mancina
Salvatore M. Mancina
Patrick L. Bryant
Assistant Federal Public Defenders
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Sam_Mancina@fd.org
Patrick_Bryant@fd.org

Dated: July 23, 2024

4

<u>CERTIFICATE OF COMPLIANCE</u>

1. This motion has been prepared using Microsoft Word for Office 365 software, Times New Roman font, 14-point proportional type size.

2. The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 685 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

|  July 23, 2024  |  s/ Salvatore M. Mancina  |
| :---: | :---: |
| Date | Salvatore M. Mancina |
|  | Assistant Federal Public Defender |