FILED: January 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4083
(3:23-cr-00062-RCY-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DAI'QUAN JARRVEL LANE

       Defendant - Appellant

_____

O R D E R
_____

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk